UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

BAYAM GROUP, INC. d/b/a BAYAM JEWELRY,

    Plaintiff,

  -against-                                                No. 22 Civ. 8910 (CM)

ID TECH, LLC d/b/a FROST NYC,

    Defendant.
---------------------------------------------------------------x

## ORDER

McMahon, J.:

    Defendant has filed a sworn affidavit, (Dkt. No. 27), stating that Frost NYC will not, during the pendency of this lawsuit, file any further takedown notices under the Digital Millennium Copyright Act against the Plaintiff for jewelry products that are the subject of this lawsuit or the lawsuit pending before the Honorable Valerie Figueredo, *ID Tech d/b/a Frost NYC, et al. v. Bayam Group, Inc. d/b/a Bayam Jewelry, et al.*, Civil Action No. 1:19-cv-8439 (filed Aug. 22, 2019).

    As this has the effect of an injunction, Plaintiff's request for a preliminary injunction is DENIED.

    This action will be referred to Magistrate Judge Figueredo for general pre-trial supervision. If the parties agree to proceed before Judge Figueredo for all purposes, they should file a consent pursuant to 28 U.S.C. § 636.

Dated: November 15, 2022
New York, New York

                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL