**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BAYAM GROUP, INC., d/b/a BAYAM JEWELRY,

                              Plaintiff,

           -against-

ID TECH, LLC d/b/a FROST NYC,

                              Defendant.
-------------------------------------------------------------------X

**22-CV-08910 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic status conference in this matter is hereby scheduled for **Tuesday, December 20, 2022 at 11:00 a.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

      **SO ORDERED.**

DATED:     New York, New York
                November 22, 2022

                                                     _____
                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge