**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BAYAM GROUP, INC., d/b/a BAYAM JEWELRY,

                        Plaintiff,

        -against-

ID TECH, LLC d/b/a FROST NYC,

                       Defendant.
------------------------------------------------------------------X

**22-CV-08910 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       This case is referred to the Clerk of Court for assignment to the Honorable Sarah L. Cave for settlement. The parties are directed to await a scheduling order from Judge Cave. At that point, should the parties wish to change the date or request an adjournment of the conference for scheduling or other reasons, they are directed to file a joint request on the docket.

      **SO ORDERED.**

DATED:    New York, New York
                August 15, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge