**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BAYAM GROUP, INC., d/b/a BAYAM JEWELRY,

                             Plaintiff,

        -against-

ID TECH, LLC d/b/a FROST NYC,

                             Defendant.
------------------------------------------------------------------X

**22-CV-08910 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court is aware that at a settlement conference before the Honorable Sarah L. Cave, that the parties reached an agreement in principle which would resolve all claims in this matter as well as the outstanding fee motion in Case No. 19-cv-8439 at ECF No. 100. The parties are directed to submit to the Court an update as to the status of the written settlement agreement documenting their agreement by no later than **November 2, 2023.**

       **SO ORDERED.**

DATED:    New York, New York
               October 20, 2023

                                                            _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge